| | |
|---|---|
| 1 | LONNIE D. GIAMELA, SBN 228435 |
| 2 | E-Mail  lgiamela@fisherphillips.com<br>PHILIP J. SMITH, SBN 232462 |
| 3 | E-Mail: psmith@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 4 | One Embarcadero Center, Suite 2050<br>San Francisco, California 94111-3712 |
| 5 | Telephone: (415) 490-9000<br>Facsimile:  (415) 490-9001 |
| 6 | Attorneys for Defendant |
| 7 | RICHEMONT NORTH AMERICA, INC. |
| 8 | DANIEL FEDER, SBN 130867 |
| 9 | E-Mail: daniel@dfederlaw.com<br>LAW OFFICES OF DANIEL FEDER |
| 10 | 235 Montgomery Street, Suite 1019<br>San Francisco, California 94104 |
| 11 | Telephone: (415) 391-9476<br>Facsimile:  (415) 391-9432 |
| 12 | Attorney for Plaintiff<br>STEVEN FANELLI |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN FANELLI,<br><br>            PLAINTIFF,<br><br>      v.<br><br>RICHEMONT NORTH AMERICA, INC. and DOES 1 through 50, inclusive,<br><br>            DEFENDANT. | Case No:  5:20-CV-01343-JGB-SP<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Steven Fanelli and Defendant Richemont North America, Inc.—all of the parties who have appeared in this action—by and through their respective attorneys of record, hereby stipulate that this action be dismissed in its entirety with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: August 31, 2021

Respectfully submitted,

FISHER & PHILLIPS LLP

By: /s/Philip J. Smith

LONNIE D. GIAMELA
PHILIP J. SMITH
Attorneys for Defendant
RICHEMONT NORTH AMERICA, INC.

Dated: July 27, 2021

Respectfully submitted,

LAW OFFICES OF DANIEL FEDER

By: /s/ Daniel Feder

DANIEL FEDER
Attorney for Plaintiff
STEVEN FANELLI

2

CASE NO.: 5:20-CV-01343-JGB-SP
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

FP 40802946.1